No. 19,612.

GERALD BENNETT, ET AL. *v*. GEORGE J. BAKER, SECRETARY OF STATE, ET AL.
(355 P. [2d] 960)

Decided October 10, 1960.

Mr. DONALD E. LA MORA, Mr. PHILLIP J. CABIBI, for plaintiffs in error.

Mr. HUBERT D. HENRY, Mr. ROBERT B. KEATING, for defendants in error.

*En Banc.*

PER CURIAM.

Judgment affirmed without written opinion.